Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
Kathleen A. Cashman-Kramer [SBN 128861] Staff Attorney
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

Isha Deen

Debtor(s)

Case No.: 19-05815-CL13

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

DATE: January 15, 2020
TIME: 2:00 pm
DEPT.: 5

The Trustee objects to confirmation of the proposed Chapter 13 plan and respectfully requests the Court deny confirmation and dismiss this case.

**A.) Debtor is not eligible for Chapter 13: §109(e).**

On 12/5/2019 creditor, Fitzgerald, Yap & Kreditor, LLP filed its proof of claim (Ct cl #1-1) for $526,897.14. The claim had attached copies of invoices, the client ledger report and the Trial Judge's Final Statement of Decision in a Superior Court case. The Chapter 13 Trustee asserts that the creditor has made a prima facie showing that its claim is non-contingent and liquidated. For this reason the Chapter 13 Trustee requests dismissal. Unsecured debt limits are $419,275 (as of 4/17/19).

**B.) The Chapter 13 Trustee Cannot Administer the Debtor's Plan.**

The Debtor's plan dated 10/31/2019 (ECF #17) provides for plan payments of $500 per month for 60 months. No creditors are specifically provided for in the plan. Section 5.5.2 asserts that the liquidation analysis amount is only $16,000. Section 5.5 provides that 3 creditors which are relatives of the Debtor will be paid "according to final claim" as does the treatment of Fitzgerald, Yap & Kreditor, LLP. The Chapter 13 Trustee asserts the plan is ambiguous and cannot be administered.

**C.) Liquidation Valuation of Debtor's Real Property Interests on Schedule A.**

Debtor listed her residence as 17911 El Brazo[1], in Rancho Santa Fe, CA 92067. Debtor asserts that the value of her real estate is $129,200 and Debtor's states "Property wasn't fully built out prior to deed forgery & adverse possession; 2016 appraisal provides value as $2,675,000 & 2016 build/repair estimate is $2,545,800; **net value $129,200**; lis pendens filed by father in effect." (See Section 1.1 of ECF #15, pg. 6).

Debtor also asserts ownership in real estate known as 11 San Gabriel Rancho Santa Margarita, CA 92668 with a value of $890,000. Debtor noted the following: purchased in 1997 for $297,000 Lis Pendens was filed on Property by Debtor's sister.

Debtor lists in question 53 to Schedule A/B four properties in Dubai for which Debtor has a real estate interest and one property known as 17906 Cerro Del Sol, Rancho Santa Fe, CA 92067.[2] For the above 5 interests in real estate, Debtor lists the value as unknown and states that the value of all her entries in part 9 is **zero**.

Debtor does not assert that there is a deed of trust or mortgage encumbering the El Brazo property. The Chapter 13 Trustee asserts that if El Brazo structures were bulldozed and removed from the property that the value of the lot would exceed $501,350.[3]

Debtor asserts that the mortgage on her San Gabriel property in Rancho Santa Margarita, CA is $303,514. Debtor is not residing in the Rancho Santa Margarita property and has asserted no homestead exemption in such property.

///

///

///

///

///

---

[1] Trustee understands the El Brazo property consists of 1.02 acres with a 6 bedroom, 6.5 bathroom residence consisting of 8,865 square feet. The Trustee notes that Debtor's sisters have *each* filed proof of claims in the amount of $7,000,000.

[2] An online search reflects a value of $1,783,106 for the 3,930 square foot house.

[3] $590,000 value less $88,650 demolition costs = $501,350 net value.

The Chapter 13 Trustee asserts that Debtor's liquidation analysis should be not less than $788,936 computed as follows:

**11 San Gabriel, Rancho Santa Margarita, CA 92688**

| | |
|---|---|
| Schedule A value | $890,000 |
| Less 8% cost of sale | $ 71,200 |
| Less first Deed of Trust | $303,514 |
| Less Chapter 7 Trustee commission on $890,00 | $ 47,750 |
| **Net of Liquidation Analysis** | **$467,536** |

**17911 El Brazo, Rancho Santa Fe, CA 92067**

Debtor asserts that due to structures the property has repair costs equal to the value of the structures. Giving the Debtor the benefit of the doubt, the Trustee asserts the value of the lot with structures and foundation bulldozed with removal still results in a liquidation analysis greater than that scheduled by the Debtor. The Trustee's calculations are based upon sales of lots in the Cielo community of Rancho Santa Fe that are within walking distance of the Debtor's real property.

| | |
|---|---|
| Value of Lot | $590,000 |
| Less 8% cost of sale | $ 47,200 |
| Less homestead exemption | $100,000 |
| Less Chapter 7 Trustee commission on $590,000 | $ 32,750 |
| Less cost of bulldozing structures and removal | $ 88,650[4] |
| **Net of liquidation analysis** | **$321,400** |

**Net Liquidation analysis for two items of real estate: $788,936.**

---

[4] $10 per square foot x 8,865 square feet.

For the above referenced reasons the Chapter 13 Trustee asserts that confirmation should be denied and the case should be dismissed.

Dated: December 16, 2019

Respectfully Submitted,

Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

The Trustee has determined the valuation of the El Brazo lot based upon the sale price of nearby lots in the Cielo community as well as lots that have been recently sold.

**6 Comparables:**

1.) **Lot 74**: $849,000

   2.15 acres

2.) **Lot 87**: $499,900

   15,900 square foot pad

3.) **Lot 91**: $550,000 [MLS 180062701]

   1.76 acres.

4.) **Lot 90**: $575,000 [MLS 180062679]

   1.6 acres

5.) **Lot 77**: $940,000

   Sold 5/21/18; ocean view building; Pad:19,500 square feet

   Lot size 117,176 square feet

6.) **Lot 82a**: Value $1,349,000; Pad 18,800 square feet [MLS 190010683]

   2.66 acres

**EXHIBIT A**

Deen
19-05815-CA

- 5 -                                                                THB/bv,st