Deepalie Milie Joshi, Esq. SBN 270303
Joshi Law Group
8555 Aero Drive, Suite 303
San Diego, CA 92123
Telephone: 619-822-7566
Email: milie@joshilawgroup.com

Attorney for Debtor, Isha Deen

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>*Isha Deen*, an individual,<br><br>    Debtor. | BK Case No.: 19-05815-13<br>Chp:     13<br><br>Related Cases –<br>Adv. Case No: 19-90151-CL<br>Adv. Case No: 19-90150-CL<br>Adv. Case No: 20-90007-CL |
| ISHA DEEN and KEVIN KHWAJA,<br>    Plaintiffs,<br>v.<br><br>CHODRY DEEN, SANA DEEN, and SIDRA DEEN,<br>    Defendants. | **NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION TO BE RELIEVED AS COUNSEL FOR DEBTOR ISHA DEEN & CO-PLAINTIFF, KEVIN KHWAJA** |
| ISHA DEEN and KEVIN KHWAJA,<br>    Plaintiffs,<br>v.<br><br>EOIN KREDITOR, DAVID LAWRENCE, | **Hon. Christopher B. Latham**<br><br>**Date: [none set]**<br>**Time: [none set]**<br>**Dept: 5**<br>**Room: 318** |

- 1 -

NATALIE FITZGERALD, and
FITZGERALD YAP & KREDITOR, LLP,
and DOES 1-10,

      Defendants.

## NOTICE OF EMERGENCY MOTION AND MOTION

PLEASE TAKE NOTICE that this matter is being filed on an emergency basis pursuant to Local Rule 9013-9.  As an emergency motion the matter will not be set for hearing unless deemed necessary by the Court.  Attorney, Deepalie Milie Joshi, Esq. of Joshi Law Group is moving to be relieved as counsel for Debtor, ISHA DEEN in the Debtor's bankruptcy matter and all pending adversary proceedings. This Motion is based upon this Notice of Motion, the Moving Papers and Declarations in support thereof, the proposed order, and all pleadings and files in this action, and upon such other matters presented to the Court if necessary.

## STATEMENT OF FACTS & CASE STATUS

In or about September 2019, Isha Deen ("Debtor") and her husband, Kevin Khwaja retained Joshi Law Group for representation in filing a voluntary Chapter 13 bankruptcy proceeding, which was filed with this court on September 28, 2019 as case number 19-05815-CL13.  Debtor's request for bankruptcy relief is the inevitable result of years of lengthy litigation with Debtor's family, inadequate representation in the trial court, and depletion of all financial resources from supporting the litigation.  The initial 341 hearing was held on November 8, 2019, continued 341 hearing was held on December 6, 2019, and the matter was then set for confirmation by the Chapter 13 Trustee. Prior to the hearing on the objection to confirmation, Debtor, through counsel, filed separate Notices of Removal for each of the pending state court litigation matters against her former attorneys and her

family, respectively assigned case numbers 19-90150-CL and 19-90151-CL. The Court continued the initial hearing on the Trustee's objection to confirmation to allow additional briefing from the parties in regards to Debtor's qualification for Chapter 13 under debt limits set by 11 U.S.C. §109(e).

The continued hearing on the Trustee's objection to confirmation was held on March 11, 2020, where the Court ruled that the Debtor was not barred by debt limits under 11 U.S.C. §109(e) as the amount of debt could not be ascertained in a clear and concise manner. The court further continued the hearing to allow the Parties to address the trustee's linger issues in objection to confirmation.

On March 16, 2020 without notifying counsel or obtaining counsel's permission, Debtor and Debtor's spouse filed pleadings with the Orange County Superior Court under counsel's name using their own OneLegal online court filing account. The relationship between Debtor and counsel at this point had become quite strained already such that attempts at basic communication are wrought with discord. When counsel was informed by opposing counsel of the filing in Orange County Superior Court, counsel addressed the issue with Debtor, and ultimately decided to file this present motion.

## MOTION

Isha Deen and Kevin Khwaja retained counsel, Deepalie Milie Joshi, Esq. on or about September 18, 2019 for representation in a personal bankruptcy proceeding to be filed on an emergency basis to stay an upcoming state court trial set for October 2019. On September 28, 2019, Debtor, Isha Deen, filed her personal Chapter 13 bankruptcy, in which the Plan would be funded by her husband's employment income. Counsel also appeared as bankruptcy counsel in the related state court proceedings to enforce the bankruptcy automatic stay.

Debtor's sisters and counsel for Fitzgerald Yap & Kreditor, LLP appeared at the continued 341 hearing held on December 6, 2019, which lasted nearly two hours. Debtor was asked some questions by opposing counsel, but most of the

interaction between parties was held off the record and directed to some extent by the Chapter 13 Trustee. At the trustee's behest, the parties discussed potential settlement options. However, the parties were still very much in dispute at the conclusion of the hearing. Shortly thereafter, the relationship between Counsel and the Debtor began to deteriorate. Counsel took proactive steps to try to keep the relationship in working order. However, between March 13 and March 20, 2020, the relationship between Counsel and Debtor had deteriorated to an irreparable extent. Counsel has been ordered by Debtor to take no further actions on their behalf. However, Debtor refuses to sign any substitutions of attorney forms. As such, counsel is stuck in a position of not being able to take any actions in the matters despite pending deadlines.

     As such, Counsel moves to be relieved as Counsel for Debtor, Isha Deen in this present Motion and is seeking similar relief from representation of the Debtor and her spouse Kevin Khwaja in all related adversary proceedings. Counsel is filing this motion on an emergency basis due to 1) the current public health crisis and stay-at-home order making it more difficult for Debtor to find new counsel; 2) the upcoming deadline on April 6, 2020 to respond to an adversary proceeding filed against Debtor; 3) the potential for harm to Debtor's case if Counsel is not relieved but is forbidden to take action on Debtor's case; and 4) the potential for harm to Counsel due to actions taken by Debtor on underlying matters purportedly under Counsel's name.

///
///
///
///
///
///
///
///

- 4 -

NOTICE OF EMERGENCY MOTION & EMERGENCY MOTION TO BE RELIEVED AS COUNSEL

**WHEREFORE,** Counsel for Debtor prays:

A. For an Order granting the Emergency Motion to be Relieved As Counsel for Debtor in the Chapter 13 bankruptcy matter and all related adversary matters as set forth in the Proposed Order attached hereto as **Exhibit A**;

B. For leave of Court on behalf of the Debtor and her spouse to seek extensions for filing deadlines until they are able to retain new counsel;

C. For leave of Court to file a separate motion for approval of an award of attorney's fees and costs; and

D. For such other and further relief as the Court may deem just and proper.

DATED: March 24, 2019                    **JOSHI LAW GROUP**

/s/ Deepalie Milie Joshi, Esq.

By: Deepalie Milie Joshi, Esq.
**Joshi Law Group**
Attorney for Debtor,
Isha Deen

# EXHIBIT - A

**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Deepalie Milie Joshi, Esq., SBN 270303
JOSHI LAW GROUP
8555 Aero Drive, Ste. 303
San Diego, CA 92123
Tel: (619)822-7566
milie@joshilawgroup.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re    ISHA DEEN<br><br>Debtor. | BANKRUPTCY NO.    19-05815-CL13 |
| ISHA DEEN & KEVIN KHWAJA<br><br>Plaintiff(s) | ADVERSARY NO.    19-90150-CL |
| v.  EOIN KREDITOR, DAVID LAWRENCE, NATALIE FITZGERALD, and FITZGERALD YAP & KREDITOR<br><br>Defendant(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge:   Hon Christopher B. Latham |

## ORDER ON
**EMERGENCY MOTION TO BE RELIEVED AS COUNSEL**

The court orders as set forth on the continuation pages attached and numbered 2  through 2 with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No. _____ .

//

//

//

//


DATED: _____                        _____
                                              Judge, United States Bankruptcy Court

ORDER ON EMERGENCY MOTION TO BE RELIEVED AS COUNSEL

DEBTOR: ISHA DEEN                                          CASE NO.:19-05815-CL13
                                                           ADV NO.:19-90150-CL

The Court having reviewed the moving papers, other related filed documents and declarations by interested parties and notice and opportunity to oppose having been given pursuant to Local Rule 9013-9, and good cause appearing,

The Court Orders as Follows:

1) The Emergency Motion to Be Relieved As Counsel for the Debtor, Isha Deen, filed by Deepalie Milie Joshi, Esq. is GRANTED;

2) Deepalie Milie Joshi, Esq., dba Joshi Law Group, is relieved from it's duties as counsel of record for the Debtor, ISHA DEEN in her Chapter 13 bankruptcy proceeding and as counsel in adversary proceeding cases numbered 19-90150-CL, 19-90150-CL and 20-90007-CL;

3) Deepalie Milie Joshi, Esq., dba Joshi Law Group, is relieved from it's duties as counsel for KEVIN KHWAJA in adversary proceeding cases numbered 19-90150-CL, 19-90151-CL, and 20-90007-CL;

3) Counsel, Deepalie Milie Joshi, Esq., has leave from the Court to file a separate motion for approval of an award of attorney's fees and costs, if applicable.

IT IS SO ORDERED.

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date listed below.

　　　__X__   Via ECF

Chapter 13 Trustee, Thomas H. Billingslea <Billingslea@thb.coxatwork.com>

James A. Hayes, Jr., for creditors/defendants – Eoin Kreditor, David Lawrence, Natalie Fitzgerald, and Fitzgerald Yap & Kreditor LLP – <jhayes@zinserhayes.com>

Robert Zahradka on behalf of Creditor PennyMac Loan Services, LLC <caecf@tblaw.com>

　　　_X_   Via Overnight Mail

Chodry Deen
Sana Deen
Sidra Deen
PO Box 437
Rancho Santa Fe, CA 92067

　　　_X_   via electronic mail with telephonic notice

Isha Deen, Debtor, <mailisha00@gmail.com>

Kevin Khwaja, Co-Plaintiff, <fortune50pm@gmail.com>

DATED: March 24, 2019　　　　　　　　　**JOSHI LAW GROUP**

　　　　　　　　　　　　　　　　　　　　/s/ Deepalie Milie Joshi, Esq.

　　　　　　　　　　　　　　　　　　　　By: Deepalie Milie Joshi, Esq.
　　　　　　　      　　　　　　　　　　 **Joshi Law Group**

- 6 -

NOTICE OF EMERGENCY MOTION & EMERGENCY MOTION TO BE RELIEVED AS COUNSEL